

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Devon Chapman and Joseph Christopher
Forgione, III, Appellants

No. 06-24-00066-CV          v.

Chateau Apartments, Appellee

Appeal from the County Court at Law No.
2 of Gregg County, Texas (Tr. Ct. No.
2024-0149-C).    Panel consists of Chief
Justice Stevens and Justices van Cleef and
Rambin.  Memorandum Opinion delivered
by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellants, Devon Chapman and Joseph Christopher Forgione, III, have adequately indicated their inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 12, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk